ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635 - 2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff
**SHAWN BEDWELL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell,<br><br>            Plaintiff,<br><br>      vs.<br><br>Lake Front Elsinore Plaza LLC, A California Limited Liability Company; and Does 1-10,<br><br>            Defendants. | CASE NO.:  5:20-cv-01660-MCS-KK<br><br>**NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Mark C. Scarsi<br>Trial Date:  Not on Calendar |

Plaintiff hereby notifies the court that a confidential settlement has been reached in the above-captioned case and would like to avoid any additional expense, and further the interests of judicial economy.

Plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that a Dismissal with prejudice as to all parties will be filed within 60 days. Plaintiff further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and

1   through their attorneys of record shall show cause why this case has not been
2   dismissed.

3

4   DATED:  February 3, 2021          **THE LAW OFFICE OF HAKIMI &**
5                                     **SHAHRIARI**

6

7

8                                     By:  */s/Anoush Hakimi*_____
9                                          Anoush Hakimi, Esq.
                                           Attorneys for Plaintiff, Shawn Bedwell
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28