ANOUSH HAKIMI (State Bar No. 228858)
anoush@handslawgroup.com
PETER SHAHRIARI (State Bar No. 237074)
peter@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**SHAWN BEDWELL**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell,<br><br>        Plaintiff,<br><br>    vs.<br><br>Lake Front Elsinore Plaza LLC, A California Limited Liability Company; and Does 1-10,<br><br>        Defendants. | CASE NO.: 5:20-cv-01660-MCS-KK<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>Hon. Mark C. Scarsi<br>Trial Date:  Not on Calendar<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Shawn Bedwell requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant Lake Front Elsinore Plaza LLC, A California Limited Liability Company, from Plaintiff's Complaint, Case Number 5:20-cv-01660-MCS-KK.

The parties herein reached settlement of the present action. Each party will be responsible for its own fees and costs.

Dated: February 16, 2021      **THE LAW OFFICE OF HAKIMI & SHAHRIARI**


By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Shawn Bedwell

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS