# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Bedwell,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Lake Front Elsinore Plaza LLC, A California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 5:20-cv-01660-MCS-KK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Shawn Bedwell's action against Defendant Lake Front Elsinore Plaza LLC is dismissed with prejudice, each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: February 17, 2021

*Mark C. Scarsi*

Hon. Mark C. Scarsi
United States District Judge